# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>PLAINTIFF,<br>v.<br><br>MARGARET MARANTO, individually, and MEERS STORE & RESTAURANT, INC., a corporation,<br><br>DEFENDANTS. | **CIVIL ACTION NO.  CIV-15-1378-D**<br><br>**SATISFACTION OF COURT-ORDERED PAYMENT** |

Plaintiff, R. Alexander Acosta, Secretary of Labor, United States Department of Labor, acknowledges receipt of check number 20340 in the amount of $2,400, paid by defense counsel, Bill Wilkinson, pursuant to the Court's Order dated December 20, 2017 (Doc. No. 122). Mr. Wilkinson's financial obligation under the Order is satisfied.

Dated this 5th day of March, 2018.

        Respectfully submitted,

        Kate S. O'Scannlain, Solicitor of Labor
        James E. Culp, Regional Solicitor
        John Rainwater, Associate Regional Solicitor
        Lydia Tzagoloff, Counsel for Wage Hour Division

        /s/Tyler P. McLeod
        Karen E. Bobela, Trial Attorney
        Tyler P. McLeod, Senior Trial Attorney
        United States Department of Labor
        1244 Speer Boulevard, Suite 515
        Denver, CO 80204
        (303) 844-0936
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

Service of the foregoing Satisfaction of Court-Ordered Payment has been made this 5th day of March, 2018, by e-filing to:

>Bill V. Wilkinson
>Wilkinson Law Firm
>4812 East 81 Street #302
>Tulsa, Oklahoma 74137
>wilklaw@wilklaw.com

/s/Tyler P. McLeod
Tyler P. McLeod