## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date:  May 10, 2018

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. CIV-15-1378-D |
| MARGARET MARANTO, *et al.*, | ) ) ) |
| Defendants. | ) |

**ENTER ORDER:**

Defendants may file a response, if any, to Plaintiff's Notice of Submission of Proposed Judgment and Permanent Injunction [Doc. No. 130] within 7 days.

ENTERED AT THE DIRECTION OF THE HONORABLE TIMOTHY D. DEGIUSTI.

CARMELITA REEDER SHINN, CLERK,

By: /s/  Mike Bailey
Deputy Clerk