## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

R. ALEXANDER ACOSTA,
Secretary of Labor, United States
Department of Labor,

    Plaintiff,

v.

    Case No. CIV-15-1378-D

MARGARET MARANTO,
individually, and MEERS STORE &
RESTAURANT, INC., a corporation,

    Defendants.

## **ORDER**

Upon consideration, Defendants' Unopposed Motion for Extension of Time to File a Response to Plaintiff's Notice of Submission of Proposed Judgment and Permanent Injunction [Doc. No. 132] is GRANTED.

IT IS THEREFORE ORDERED that the deadline for Defendants to respond to Plaintiff's Notice of Submission of Proposed Judgment and Permanent Injunction [Doc. No. 130] is extended to May 27, 2018.

IT IS SO ORDERED this 17th day of May, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE